UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:15-cr-00151-01 |
| VERSUS | JUDGE HAIK |
| FEDERICO VARGAS MARES | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the guilty plea of the defendant, Federico Vargas Mares, is accepted, and Federico Vargas Mares is finally adjudged guilty of the offense charged in Count 2 of the Indictment, consistent with the report and recommendation.

Lafayette, Louisiana, this 3rd day of November, 2015.

Richard T. Haik
United States District Judge